**ALLEN N. SPOONER & SON, Inc., Libelant-Appellant, v. THE NEW YORK CENTRAL NO. 17, Her Engines, etc.; the New York Central Railroad Company, Claimant-Appellee.**

**No. 365.**

Circuit Court of Appeals, Second Circuit.

June 2, 1930.

Macklin, Brown, Lenahan & Speer, of New York City (J. Dudley Eggleston, of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (L. J. Matteson and A. J. McElhinney, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed, on opinion of Inch, District Judge, 42 F.(2d) 659.